UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>NOVI ANTIK DESIGN, LLC<br><br>Debtor. | CHAPTER 7<br>CASE NO. 24-10080-BAH |

# REPORT OF SALE

Pursuant to this Court's *Order Granting Chapter 7 Trustee's Motion For Authority To Sell Certain Assets By Way Of Public Auction Free And Clear Of All Liens, Claims And Encumbrances dated April 10, 2024 [Doc. No. 46]* (the "Sale Order"), the Trustee hereby states that:

1. On May 1, 2024, the Trustee sold the Debtor's 2022 cargo trailer for a total of $7,000[1] to Lombardo Motorcars.

2. On May 1, 2024, the Trustee sold the Debtor's 2023 dump trailer for a total of $6,900[2] to Mac Motors.

Respectfully submitted,

OLGA L. GORDON, CHAPTER 7 TRUSTEE,
By her attorneys,

/s/ Olga L. Gordon

Olga L. Gordon, Esq., BNH06338
Murtha Cullina LLP
33 Arch Street, 12th Floor
Boston, Massachusetts 02110
617-457-4000 Telephone
617-482-3868 Facsimile
ogordon@murthalaw.com

Dated: May 8, 2024

[1] Plus a buyer's premium of 17%, in accordance with the Order Approving Chapter 7 Trustee's Motion To Employ James R. St. Jean Auctioneers As Auctioneer To Conduct Public Sale Of Assets, dated April 10, 2024 [*Doc. No. 45*] ("Auctioneer's Employment Order").

[2] Plus a buyer's premium of 17%, in accordance with the Order Approving Chapter 7 Trustee's Motion To Employ James R. St. Jean Auctioneers As Auctioneer To Conduct Public Sale Of Assets, dated April 10, 2024 [*Doc. No. 45*] ("Auctioneer's Employment Order").